# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>LEILANI JUDY FULLER,<br><br>          Defendant. | CASE NO.: 20CR0394-CAB<br><br>**ORDER CONTINUING MOTION HEARING/ TRIAL SETTING** |

Pursuant to the joint motion filed and good cause appearing,

IT IS HEREBY ORDERED that the motion hearing/trial setting is continued from August 14, 2020, to September 25, 2020, at 10:30 a.m.

IT IS FURTHER ORDERED that time is excluded from August 14 to September 25, 2020 in the interest of justice. An acknowledgment from the defendant confirming the new court date shall be filed no later than Monday, August 17, 2020.

IT IS SO ORDERED.

Dated:   8/12/2020

_____
HON. CATHY ANN BENCIVENGO
United States District Court Judge